**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  21-mj-03123-Louis

**UNITED STATES OF AMERICA**

v.

**FRANKLIN ANTONIO SANCHEZ FORD,**

                Defendant.                         /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    No

                                                   Respectfully submitted,
                                                   JUAN ANTONIO GONZALEZ
                                                 ACTING UNITED STATES ATTORNEY

BY: _____

            AUSA Michael N. Berger
            Assistant United States Attorney
            Court ID No.    A5501557
            99 N.E. 4th Street
            Miami, Florida 33132
            Tel: 305-961-9445
            Fax: 305-530-6168
            Email: Michael.Berger2@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 21-mj-03123-Louis |
| FRANKLIN ANTONIO SANCHEZ FORD, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 2021 - April 30, 2021 in the county of Miami-Dade in the
Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States |
| 18 U.S.C. § 641 | Theft of Government Money & Property |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TIGTA Special Agent Trent Dyer
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim. 4.1 by Face Time.

Date: June 7, 2021

_____
*Judge's signature*

City and state: Miami, Florida    Hon. Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Trent R. Dyer, being first duly sworn, hereby depose and state as follows:

### Introduction & Agent Background

1. I am a Special Agent ("SA") with the Treasury Inspector General for Tax Administration ("TIGTA"), and have held that position since 2016. I have been employed as a law enforcement officer since 2006, first with the U.S. Army Military Police Corps, and later as a Special Agent with the U.S. Army Criminal Investigation Division. During my service as a law enforcement officer, I have participated in criminal investigations involving complex financial fraud and money laundering.

2. This affidavit is made in support of a criminal complaint charging Franklin Antonio Sanchez Ford ("Sanchez") with violations of Title 18, United States Code, Section 371 (Conspiracy to Commit an Offense against the United States), 641 (Theft of Government Money or Property) and 1028A (Aggravated Identity Theft).

3. This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

### Probable Cause

4. Since early 2021, the Federal Bureau of Investigation ("FBI") and TIGTA have been investigating Sanchez, and other individuals, for the theft of U.S. Treasury stimulus checks

intended for U.S. taxpayers and the illicit cashing of those checks and laundering of the proceeds in South Florida. From January 2021 until April 2021, Sanchez and others have stolen over $800,000 in U.S. Treasury stimulus checks and provided fraudulent identification documents to cash the checks. TIGTA has taken a sample of these checks and confirmed that they are real checks intended for payment to U.S. taxpayers. FBI and TIGTA are separately investigating Sanchez and others for bank account takeover schemes from 2018 to the present.[1]

5. Confidential Source 1 ("CS1") and Confidential Source 2 ("CS2") are cooperators with the FBI. Unless otherwise indicated, all meetings discussed herein have been audio recorded.[2] CS1 and CS2 identified Sanchez, Jesus Felipe Linares Andrade, Co-Conspirator 2, Co-Conspirator 3, and Co-Conspirator 4 as involved in criminal activity, including bank account takeovers and laundering funds through various "shell company" bank accounts.[3]

6. Beginning in early January 2021, CS2 had meetings with Sanchez, Co-Conspirator 2, Co-Conspirator 3, and Co-Conspirator 4 in South Florida to discuss the cashing of stolen U.S. Treasury checks obtained by members of the conspiracy.

7. On or about January 22, 2021, CS2 met with Sanchez in the parking area of Aventura Mall in Aventura. Sanchez provided CS2 with approximately 30 stolen U.S. Treasury checks

---

[1] An account takeover scheme involves an individual obtaining unauthorized access to another person's bank account. If an attacker gains control of the account, he or she can steal funds directly with fraudulent wire transfers and purchases.

[2] Law enforcement has debriefed CS1 and CS2 on multiple occasions in the past and their information has proven reliable. Law enforcement has corroborated this information with independent witnesses and documentary evidence, including text messages. CS 1 and CS2 are both foreign nationals who are hoping not to return to their country of origin. CS1 and CS2 have not been promised any immigration benefits for their cooperation.

[3] A "shell company" is a registered company, typically without offices or employees, but with bank accounts used for various financial transactions, often to disguise the true owner of the funds.

totaling approximately $36,000. Each of these checks totaled approximately $1,200 and was addressed to different U.S. taxpayers with addresses in Mexico. Sanchez agreed that CS1 and CS2 would receive a 30% fee for cashing the stolen checks and turn over the remaining 70% of the theft and fraud proceeds in cash to Sanchez and his co-conspirators.

8. On or about January 27, 2021, CS2 provided Sanchez with approximately $25,200 in U.S. currency representing purported proceeds from the stolen U.S. Treasury checks.[4]

9. On or about January 29, 2021, CS1 & CS2 had discussions with Co-Conspirator 1 about having the checks mailed to a post office box located in Deerfield Beach, Florida that was secretly controlled by the FBI (the "PO Box").

10. On or about February 9, 2021, the PO Box received approximately 19 stolen U.S. Treasury checks totaling approximately $33,839.

11. On or about February 13, 2021, Co-Conspirator 1 provided CS1 with identification documents for individuals for use in converting the stolen U.S. Treasury checks.

12. On or about February 19, 2021, CS2 provided Sanchez with approximately $18,600 in U.S. currency representing purported proceeds from the stolen U.S. Treasury checks.

13. On or about March 3, 2021, the PO Box received approximately 73 stolen U.S. Treasury checks totaling approximately $90,000 that were issued in various individuals' names, and were concealed in a book within a package sent from Mexico.

14. On or about March 12, 2021, CS1 & CS2 met Co-Conspirator 3 at Aventura Mall and provided Co-Conspirator 3 with approximately $63,000 in U.S. currency representing purported proceeds from the stolen U.S. Treasury checks.

---

[4] As part of the operation, the FBI did not actually cash these checks, but obtained funds for the operation that it provided to members of the conspiracy that CS1 and CS2 represented to be proceeds of the cashing of the checks.

15. On or about March 22, 2021, Co-Conspirator 1 provided CS1 with the tracking number for a DHL package understood to contain stolen U.S. Treasury checks addressed for delivery to the PO Box.

16. On or about March 31, 2021, Co-Conspirator 1 provided CS1 with the tracking number for a DHL package and a UPS package understood to contain stolen U.S. Treasury checks addressed for delivery to the PO Box.

17. On or about April 2, 2021, law enforcement identified two DHL packages at the PO Box and found approximately 55 stolen U.S. Treasury checks worth approximately $49,252 inside these packages.

18. On or about April 4, 2021, CS2 had conversations with Co-Conspirator 1 in which Co-Conspirator 1 expressed concern that the UPS package would not be delivered because law enforcement had identified the package. Unknown to the conspirators, Customs and Border Protection ("CBP") had identified the UPS package as suspicious and seized it as evidence. Coordination between the FBI and CBP resulted in the UPS package being returned for delivery to the PO Box.

19. On or about April 12, 2021, at the direction of Sanchez, Jesus Linares had a meeting with CS1 and CS2 at Miami International Mall. During this meeting, CS1 and CS2 explained to Linares that they believed the package may have been seized by law enforcement. CS1 and CS2 also discussed with Linares the stolen U.S. Treasury checks and a plan for Linares to retrieve the UPS package. Linares offered his assistance in retrieving the package and expressed interest in working more closely with CS1 and CS2 in the fraud scheme.

20. On or about April 13, 2021, law enforcement identified a UPS package at the PO Box and found approximately 416 stolen U.S. Treasury checks worth approximately $249,000.

21. On or about April 14, 2021, Linares contacted CS1 and CS2 to make arrangements to pick up the UPS package at the PO Box.

22. On or about April 15, 2021, FBI agents caused a similar box to the one recovered on April 13 to be placed at the PO Box for pickup.

23. On that same day, Linares and an associate met CS1 and CS2 in the vicinity of the PO Box. Linares and his associate met in the vehicle of CS1 and CS2. CS2 provided the PO Box key to Linares and his associate. At the PO Box, Linares' associate picked up the UPS package from the PO Box and placed the UPS package in the trunk of the vehicle of CS1 and CS2.

24. On or about April 16, 2021, CS1 had further conversations with Linares where Linares stated that additional U.S. Treasury checks totaling several hundred thousand dollars would arrive in the coming weeks.

25. On or about April 22, 2021, Linares contacted CS1 and CS2 to coordinate the receipt of approximately $34,476 in laundered funds and deliver an additional 226 stolen US Treasury checks worth approximately $135,000.

26. On or about April 30, 2021, Linares had a meeting with CS1 and CS2 at the Miami International Mall in a vehicle. During this meeting, Linares placed an envelope in the vehicle containing over $150,000 in stolen U.S. Treasury checks and over 30 identification documents. The identification documents consisted of copies of driver's licenses, including Florida driver's licenses. Some of the names on the driver's licenses matched the names on the checks, for example, Linares had a photocopy of a driver's license in the name of J.H. matching a U.S. Treasury check for $600 for J.H.

27. On or about May 6, 2021, Linares was arrested and charged in a criminal complaint. After the arrest, law enforcement obtained consent for a search of the cell phone in Linares'

possession at the time of arrest. Law enforcement found the following messages of relevance on the cell phone from a phone number identified as Sanchez's number.

- April 14, 2021: Sanchez sent a message to Linares' cell phone with a photograph of an item that appears to be a large stack of U.S. Treasury checks. Sanchez also sent a message with a photograph of three books with a post-it note on each book. One of the notes had "55x600 33,000" written on it, two others had "56x600 33,000." These notes from Sanchez appear to reference the books that concealed the U.S. Treasury stimulus checks.

- April 27, 2021: Sanchez sent messages to Linares' cell phone containing photos of identification documents for individuals with initials "A.G.," "D.A." and "A.A."

## **Conclusion**

28. Based on my training and experience, and the information provided in this affidavit, I respectfully submit that there is probable cause to believe that:

- From in or around January 2021, through on or about April 30, 2021, in the Southern District of Florida and elsewhere, the defendant, Franklin Antonio Sanchez Ford, did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown, to commit theft of government money and things of value, in violation of Title 18, United States Code, Section 641, all in violation of Title 18, United States Code, Section 371.

- On or about January 22, 2021, in the Southern District of Florida and elsewhere, the defendant, Franklin Antonio Sanchez Ford, did knowingly receive, conceal and retain with the intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is U.S. Department of Treasury stimulus checks totaling approximately $36,000, knowing the checks to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

- On or about April 27, 2021, in the Southern District of Florida, and elsewhere, the defendant, Franklin Antonio Sanchez Ford, during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, theft of government money and things of value, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name of A.G., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Trent R. Dyer
TIGTA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this ___7___ day of June, 2021

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE